**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **PAJDRA WOODS,** | ) |
| | ) |
| **Plaintiff,** | ) Case: 1:24-cv-12191 |
| | ) |
| v. | ) |
| | ) |
| **FORD MOTOR COMPANY,** | ) |
| | ) **Jury Trial Demanded** |
| **Defendant.** | ) |
| | ) |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

NOW COMES the Pajdra Woods ("Plaintiff"), by and through the undersigned attorney, Sulaiman Law Group, Ltd., and, in support of the Notice of Voluntary Dismissal With Prejudice, state as follows:

Defendants have not filed a responsive pleading to Plaintiff's Complaint. Plaintiff, pursuant Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against the Defendant, Ford Motor Company, with prejudice, with each party to bear its own costs and attorney fees.

Dated this 31st day of March 2025.

/s/ *Travis P. Lampert*
Travis P. Lampert, Esq.
Sulaiman Law Group Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone (630) 575-8181
tlampert@sulaimanlaw.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of March 2025, I caused a true and correct copy of the foregoing to be served via CM/ECF, electronic mail and/or U.S. Mail to all parties of record.

/s/ *Travis P. Lampert*
Travis P. Lampert, Esq.